CFN 20210220511
OR BK 32475 PG 1429
RECORDED 05/13/2021 11:41:17
Palm Beach County, Florida
AMT 645,000.00
DEED DOC 4,515.00
Joseph Abruzzo
Clerk
Pgs 1429-1430; (2Pgs)

Prepared by and return to:
**Micheie M. Lewis**
**Managing Member**
**Florida National Title Services, LLC**
**250 S. Central Blvd. Suite 101**
**Jupiter, FL 33458**
**561-408-0729**
File Number: **F555**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **7th** day of **May**, **2021** between **Edgar Custom Drapery, Inc., a Florida Profit Corporation** whose post office address is **941 S. Military Trail, Suite F-10, West Palm Beach, FL 33415**, grantor, and **Ivan Niles Latimore, a single man** whose post office address is **5555 Gun Club Road, West Palm Beach, FL 33415**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County**, **Florida** to-wit:

**A PARCEL OF LAND BEING A PORTION OF LOT 9, ACCORDING TO THE PLAT OF MODEL LAND COMPANY SUBDIVISION, AS RECORDED IN PLAT BOOK 5, PAGE 80, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**
**FROM THE SOUTHWEST CORNER OF LOT 13, AS SHOWN ON THE SAID PLAT OF MODEL LAND COMPANY SUBDIVISION; THENCE SOUTH 01 DEGREES 35 MINUTES AND 10 SECONDS EAST, ALONG A SOUTHERLY PROLONGATION OF THE WEST LINE OF SAID LOT 13, DISTANCE OF 20.04 FEET TO A POINT LYING ON THE CENTERLINE OF WEST GUN CLUB ROAD, AS NOW LAID OUT IN USE; THENCE SOUTH 88 DEGREES 14 MINUTES 00 SECONDS EAST ALONG THE CENTERLINE OF SAID WEST GUN CLUB ROAD, A DISTANCE 1,433.61 FEET TO A POINT; THENCE RUN NORTH 05 DEGREES 15 MINUTES AND 47 SECONDS EAST, A DISTANCE OF 33.06 FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF SAID WEST GUN CLUB ROAD AND THE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE CONTINUE ON THE PRECEDING DESCRIBED COURSE A DISTANCE 277.97 FEET TO A POINT; THENCE RUN SOUTH 88 DEGREES 03 MINUTES 27 SECONDS EAST, A DISTANCE OF 167 FEET TO A POINT; THENCE RUN SOUTH 01 DEGREES 33 MINUTES AND 00 SECONDS EAST, A DISTANCE OF 277.40 FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF SAID WEST GUN CLUB ROAD; THENCE RUN NORTH 88 DEGREES 14 MINUTES AND 00 SECONDS WEST ALONG SAID NORTH RIGHT-OF-WAY LINE OF DISTANCE OF 200.00 FEET TO THE POINT OF BEGINNING THE HEREIN DESCRIBED PARCEL.**

**Parcel Identification Number: 00-42-44-02-01-000-0186**

**Subject to taxes for 2021 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2020**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Edgar Custom Drapery, Inc., a Florida Profit Corporation

Witness Name: Christopher Lamhon

By: _____
Edgar F. López, President

Witness Name: LISA A. ACNOW

(Corporate Seal)

NOT A CERTIFIED COPY

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me by means of [X] physical presence or [_] online notarization, this 7th day of May, 2021 by Edgar F. Lopez, as President on behalf of Edgar Custom Drapery, Inc., a Florida Profit Corporation, on behalf of the corporation. He [_] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: LISA A. ARNOLD

My Commission Expires: _____



LISA A. ARNOLD
Notary Public - State of Florida
Commission # HH 105534
My Comm. Expires Mar 17, 2025
Bonded through National Notary Assn.

*Warranty Deed* - Page 2

**DoubleTime®**