**CFN 20230026354**
OR BK 34186 PG 917
RECORDED 1/25/2023 9:26 AM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 917 - 920; (4pgs)

# DOCUMENT COVER PAGE

For those documents not providing the **required\*** 3 x 3-inch space on the first page, a cover page must be attached.

An additional recording fee for the cover page must be remitted.

(Space above this line reserved for recording office use)

**Document Title**:___ FORM OF JUDGMENT _____
(Mortgage, Deed, Etc.)

**Return Document To/Prepared By**:

David S. Norris _____
Squire Patton Boggs (US) LLP
2325 E. Camelback Road, Suite 700 _____
Phoenix, AZ 85016
(602) 528-4000

**\*Fla. R. J. Admin 2.520 (d)(1):** On all documents prepared which are to be recorded in the Public Records of any county a 3-inch by 3-inch space at the top right-hand corner on the first page and 1-inch by 3-inch space at the top right-hand corner on each subsequent page shall be left blank and reserved for the use by the Clerk of Court.

CLK/CT Rev. 03/2022

CLERK OF THE SUPERIOR COURT
GEN 20230026354
OR BK 34087 PG 918
FILED
Pg: 2 of 4
DEC 2 2 2022   1:46pm
J. Lizardi, Deputy

**CERTIFIED COPY**

NOT A CERTIFIED COPY

Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
David S. Norris (AZ Bar No. 034309)
david.norris@squirepb.com
Kaitlyn R. Hertzog (AZ Bar No. 036181)
kaitlyn.hertzog@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000

*Attorneys for Barrett-Jackson Auction Company, LLC*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| BARRETT-JACKSON AUCTION COMPANY LLC, | Case No. CV2022-007832 |

CFN 20230026354
OR BK 34087 PG 919
Pg: 3 of 4

Jackson Auction Company, LLC pursuant to Arizona Rule of Civil Procedure 54(c) against Ivan "Ice" Latimore as follows:

1.  For damages in the amount of $136,200.00;

2.  For attorneys' fees in the amount of $4,921.20;

3.  For costs in the amount of $1,505.84; and

4.  For post-judgment interest on all the foregoing sums at the rate of 7.25% per annum from the date of judgment until paid in full.

DATED this 21st day of _____, 2022.

_____
Commissioner Richard Albrecht

CFN 20230026354
OR BK 34087 PG 920
Pg: 4 of 4

NOT A CERTIFIED COPY