CFN 20240118198
OR BK 34937 PG 523
RECORDED 4/9/2024 8:46 AM
AMT: $10.00
DEED DOC $0.70
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 523 - 528; (6pgs)

**Prepared By:**

**Ira Weinstein**

**Weinstein and Cohen, P.A.**
**14125 NW 80th Avenue, Suite 400**

**Miami Lakes, FL 33016**

**ira.weinstein@wiensteinandcohen.com**
**(305) 924-4249**

NOT A CERTIFIED COPY

1

CFN 20240118198
OR BK 34937 PG 524
Pg: 2 of 6

**After Recording Return To**:

Casa De Greatness LLC

66 W Flagler Street, Floor 9

Miami, Florida 33130-1887

NOT A CERTIFIED COPY

2

CFN 20240118198
OR BK 34937 PG 525
Pg: 3 of 6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUITCLAIM DEED

WITNESSETH, on October 30, 2023, THE GRANTOR(S),

**Ivan Latimore, Grantor**, a single person
for and in consideration of the sum of: Ten Dollars ($10.00) and/or other good and valuable consideration to the below Grantee(s) in hand paid by the Grantee(s), the receipt whereof is hereby acknowledged:

**Casa De Greatness LLC, Grantee**, at 66 W Flagler St Fl 9, Miami, Dade County, Florida 33130

Grantor does hereby remise, release, and quit-claim unto the Grantee, the Grantee's heirs and assigns forever, all the rights, title, interest, claim of the Grantor in and to the following described land in the County of Palm Beach, state of FLORIDA to wit:

5555 Gun Club Road
West Palm Beach, Florida
33415

NOT A CERTIFIED COPY

3

CFN 20240118198
OR BK 34937 PG 526
Pg: 4 of 6

**Legal Description:**

A PARCEL OF LAND BEING A PORTION OF LOT 9, ACCORDING TO THE PLAT OF MODEL LAND COMPANY SUBDIVISION, AS RECORDED IN PLAT BOOK 5, PAGE 80, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
FROM THE SOUTHWEST CORNER OF LOT 13, AS SHOWN ON THE SAID PLAT OF MODEL LAND COMPANY SUBDMSION; THENCE SOUTH 01 DEGREES 35 MINUTES AND 10 SECONDS EAST, ALONG A SOUTHERLY PROLONGATION OF THE WEST LINE OF SAID LOT 13, DISTANCE OF 20.04 FEET TO A POINT LYING ON THE CENTERLINE OF WEST GUN CLUB ROAD, AS NOW LAID OUT IN USE; THENCE SOUTH 88 DEGREES 14 MINUTES 00 SECONDS EAST ALONG THE CENTERLINE OF SAID WEST GUN CLUB ROAD, A DISTANCE 1,433.61 FEET TO A POINT; THENCE RUN NORTH 05 DEGREES 15 MINUTES AND 47 SECONDS EAST, A DISTANCE OF 33.06 FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF SAID WEST GUN CLUB ROAD AND THE POINT OF BEGINNING OF THE HEREIN DESCRIBED PARCEL; THENCE CONTINUE ON THE PRECEDING DESCRIBED COURSE A DISTANCE 277.97 FEET TO A POINT; THENCE RUN SOUTH 88 DEGREES 03 MINUTES 27 SECONDS EAST, A DISTANCE OF 167 FEET TO A POINT; THENCE RUN SOUTH 01 DEGREES 33 MINUTES AND 00 SECONDS EAST, A DISTANCE OF
277.40 FEET TO A POINT IN THE NORTH RIGHT-OF-WAY LINE OF SAID WEST GUN CLUB ROAD; THENCE RUN NORTH 88 DEGREES 14 MINUTES AND 00 SECONDS WEST ALONG SAID NORTH RIGHT-OF-WAY LINE OF DISTANCE OF 200.00 FEET TO THE POINT OF BEGINNING THE HEREIN DESCRIBED PARCEL.

**Tax Parcel Number: 00-42-44-02-01-000-0186**

To have and to hold the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity, and claim whatsoever for the Grantor, either in law or equity, to the only proper use, benefit and behoof of the Grantee forever.

**Mail Tax Statements To:**

CASA DE GREATNESS LLC
66 W Flagler St Fl 9
Miami, Florida 33130

NOT A CERTIFIED COPY

**[SIGNATURE PAGE FOLLOWS]**

4

CFN 20240118198
OR BK 34937 PG 527
Pg: 5 of 6

**Grantor Signature:**

Date: _October 30, 2023_

_____
Signature

Identification Type _US PassportCard_ # _____

Expires: _02 OCT 2027_

Ivan Latimore
5555 Gun Club Road
West Palm Beach, Florida, 33415

**In Witness Whereof,**

**Witness 1:**

_____

Robert Ezra Dorf
8103 S. Palm Drive
Pembroke Pines, FL   33025

Identification Type _FL State ID_   # _____

Expires: _15 NOV 2026_

**Witness 2:**

_____

Duane Gilmore
1621 NE 17th Way
Fort Lauderdale, FL   33305

Identification Type _FL State ID_   # _____

Expires: _15 APR 2028_

NOT A CERTIFIED COPY

5

STATE OF FLORIDA, COUNTY OF Palm Beach , ss:

The foregoing instrument was acknowledged before me, by means of ☒ physical presence or ☐ online notarization, this 30th day of October , 2023 by Ivan Latimore, Duane Gilmore, and Robert Dorf who produced identification as cited on page 5 of this document.

_____
Signature of person taking acknowledgment

Karen Lora
_____
Name typed, printed, or stamped

Karen Lora
Notary Public
State of Florida
Comm# HH150269
Expires 9/21/2025

Notary

NOT A CERTIFIED COPY

6