### IN THE CIRCUIT COURT OF the fifteenth judicial circuit
### IN AND FOR PALM BEACH COUNTY, FLORIDA

| | |
|---|---|
| DAVID LAWRENCE ARCHITECTURE, INC.<br><br>            Plaintiff,<br><br>    vs.<br><br>IVAN NILES LATIMORE, et al.,<br><br>            Defendants. | CIRCUIT CIVIL DIVISION: AO<br><br>CASE NO. 502024CC009399XXXAMB |

### PROPOSED ORDER ON DEFENDANT BARRETT-JACKSON AUCTION COMPANY, LLC'S MOTION TO RECOVER SURPLUS FUNDS

THIS CAUSE came before the Court on Defendant Barrett-Jackson Auction Company, LLC's Motion to Recover Surplus Funds ("Motion"). The Court having reviewed the Motion, having heard arguments of the Parties on April 28, 2026, and being fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1.      The Motion is **DENIED.**

2.      Defendant Barrett-Jackson Auction Company, LLC failed to file the Motion to Recover Surplus funds within 60 days from the sale of the Gun Club Property.

3.      The Certificate of Sale for the Gun Club Property was issued on February 27, 2025, and the Motion to Recover Surplus was filed on March 12, 2026. (DE 55, 98).

DONE and ORDERED in Chambers in Miami-Dade County, Florida.

50-2024-CC-009399-XXXA-MB    05/03/2026
Danielle Sherriff
Judge

NOT A CERTIFIED COPY