IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

COUNTY CIVIL DIVISION RL
CASE NO. 50-2024-CC-009399-XXXA-MB

DAVID LAWRENCE ARCHITECTURE, INC.,
    Plaintiff/Petitioner
vs.
IVAN NILES LATIMORE,
CASA DE GREATNESS LLC,
    Defendant/Respondents.
_____/

## ORDER DENYING MOTION TO DISBURSE SURPLUS FUNDS

    This cause came before the Court upon a Motion to Disburse Surplus Funds from the Court Registry.  Upon due consideration, it is hereby

    **ORDERED** that the Motion is **DENIED**.  The surplus funds shall remain in the Court Registry pending further Order of the Court.

    **DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

50-2024-CC-009399-XXXA-MB   05/14/2025
Edward A. Garrison   County Judge

50-2024-CC-009399-XXXA-MB   05/14/2025
Edward A. Garrison
County Judge

**COPIES TO:**

| | |
|---|---|
| AMY L. FISCHER | AFISCHER@CUNNINGHAMLAW.COM |
| CASA DE GREATNESS LLC | casadegreatness@gmail.com |
| F MALCOLM CUNNINGHAM JR | No Address Available fmcunni@cunninghamlaw.com afischer@cunninghamlaw.com wmckinzie@cunninghamlaw.com |
| IVAN NILES LATIMORE | timmfl55@icloud.com |

Page **1** of **1**

NOT A CERTIFIED COPY